# Court of Appeals
## Tenth Appellate District of Texas

10-25-00134-CV

In the Estate of Richard Leon Meankins, Deceased

On appeal from the
County Court at Law of Navarro County, Texas
Judge Amanda Doan Putman, presiding
Trial Court Cause No. P-19707

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Deloris Phillips appealed from the trial court's "Judgment Declaring Heirship" signed by the trial court on April 23, 2025. By Order of this Court issued on November 19, 2025, Appellant was ordered to file the Appellant's brief on or before Friday, December 19, 2025. The Order of this Court warned Appellant that this appeal would be dismissed without further notice to Appellant if a brief or a motion for extension of time was not timely filed. No brief or letter for extension of time was filed by that date in this proceeding.

Accordingly, this appeal is dismissed for want of prosecution. *See* TEX.

R. APP. P. 42.3 (b), (c).

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: January 8, 2026

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Appeal dismissed
CV06

